DANIEL G. BOGDEN
United States Attorney
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Blvd. Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5053
brandon.Jaroch@usdoj.gov
Attorney for Plaintiff

```
                FILED              RECEIVED
                ENTERED            SERVED ON
                       COUNSEL/PARTIES OF RECORD

                    OCT 0 7 2016

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
           BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-mj-00654-NJK |
| Plaintiff | EX PARTE MOTION TO UNSEAL CRIMINAL COMPLAINT |
| vs. | |
| CEDRIC JAMAL TAYLOR, | |
| Defendant | |

COMES NOW, the United States of America by and through DANIEL G. BOGDEN, United States Attorney, and BRANDON C. JAROCH, Assistant United States Attorney, and respectfully moves this Court to unseal the Criminal Complaint

///

///

///

///

///

in the abovecaptioned case. The need for keeping the complaint sealed no longer exists as the defendant was present during a public hearing.

DATED this the 7th day of October, 2016.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

_____
BRANDON C. JAROCH
Assistant United States Attorney

So ORDERED this the 11th day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

2