```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
                COUNSEL/PARTIES OF RECORD

        JAN 0 5 2017

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR- 369- APG - GWF |
| Plaintiff, ) | |
| v. ) | Preliminary Order of Forfeiture |
| CEDRIC JAMAL TAYLOR, ) | |
| Defendant. ) | |

This Court finds that defendant Cedric Jamal Taylor pled guilty to Count One of a One-Count Criminal Information charging him with Bank Robbery in violation of Title 18, United States Code. Section 2113(a). Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Cedric Jamal Taylor agreed to the imposition of the in personam criminal forfeiture money judgment of $1,660 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. __; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Cedric Jamal Taylor shall pay an in personam criminal forfeiture money judgment of $1,660 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Cedric Jamal Taylor an in personam criminal forfeiture money judgment of $1,660.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 5th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE