# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00369-APG-GWF |
| Plaintiff, | ORDER GRANTING EMERGENCY MOTION TO STAY COURT'S ORDER |
| vs. | |
| CEDRIC JAMAL TAYLOR, | |
| Defendant. | |

Based on the representations contained in the Government's motion and good cause appearing,

IT IS HEREBY ORDERED that the Government's Motion for an Emergency Stay is GRANTED and the Order granting the modification of the defendant's pretrial conditions is hereby stayed for one week from the date of this order.

DATED this 10th of February, 2017.

_____
HONORABLE GEORGE FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE