☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 19 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-369-APG-(GWF) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| CEDRIC JAMAL TAYLOR, | |
| Defendant. | |

This Court found that Cedric Jamal Taylor shall pay the in personam criminal forfeiture money judgment of $1,660 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 25; Preliminary Order of Forfeiture, ECF No. 23; Plea Agreement, ECF No. 27; Change of Plea, ECF No. 29.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Cedric Jamal Taylor the in personam criminal forfeiture money judgment of $1,660 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United states Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 1st day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE