# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CEDRIC JAMAL TAYLOR,<br><br>Defendant | Case No.: 2:16-cr-00369-APG-GWF<br><br>**Order Denying Motion for Sentence Reduction**<br><br>[ECF No. 45] |

Defendant Cedric Taylor filed a motion for reduction of his sentence based upon the First Step Act of 2018. ECF No. 45. Mr. Taylor is not eligible for a reduced sentence under the First Step Act. His motion seems more based on his complaint that his Case Manager at the Oakdale Federal Correctional Institution is not timely processing his paperwork for residential reentry, or is retaliating against him for some perceived complaint. *Id.* A motion for reduced sentence is not the proper vehicle to address those allegations. Mr. Taylor should pursue his administrative remedies through the Bureau of Prisons.

IT IS HEREBY ORDERED that the defendant's motion for reduction of sentence (ECF No. 45) is DENIED.

DATED this 22nd day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE