Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Cedric Taylor,<br><br>   Defendant. | Case No. 2:16-cr-00369-APG-GWF<br><br>**First Stipulation to Continue Revocation Hearing** |

The parties jointly request that this Court vacate the September 23, 2020, hearing on the petition to revoke supervised release and continue it for at least 45 days.  The additional time is to allow the parties to determine if a resolution can be reached.  Taylor is not in custody and agrees to the continuance.

DATED: September 18, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender<br><br> */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney<br><br> */s/ Daniel Clarkson*<br>By_____<br>Daniel Clarkson<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-cr-00369-APG-GWF |
| Plaintiff, | **Order Granting First Stipulation to Continue Revocation Hearing** |
| v. | |
| Cedric Taylor, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 23, 2020, at 4:00 p.m. is vacated and continued to November 10, 2020 at 3:00 p.m. in courtroom 6C.

DATED: September 18th, 2020.

_____
Andrew P. Gordon
United States District Judge

2