Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>      v.<br><br>Cedric Taylor,<br><br>            Defendant. | Case No. 2:16-cr-00369-APG-GWF<br><br>**Stipulation to Vacate Revocation Hearing and to Dismiss Petition and Addendum without Prejudice** |

On November 10, 2020, Cedric Taylor admitted to supervised-release violations as alleged in ECF Nos. 49 and 50 and this Court followed the parties' joint recommendation and modified Taylor's conditions to include 90 days of home confinement with location monitoring.[1] The parties agreed that if Taylor completed the 90-day period with no issues, he would continue on supervision under all previously imposed conditions; if Taylor sustained further court-reported violations, the government and probation would be free to ask for a custodial sentence.

Taylor's continued revocation hearing is set for February 26, 2021. The parties have conferred, and Taylor has successfully completed the 90-day period.

---

[1] ECF No. 62.

The parties therefore jointly request that this Court vacate the continued revocation hearing and continue Taylor's supervision under all previously imposed conditions. Additionally, that the petition and addendum (ECF Nos. 49, 50) be dismissed without prejudice.

DATED: February 25, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Daniel Clarkson*<br>By_____<br>Daniel Clarkson<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No. 2:16-cr-00369-APG-GWF |
|---|---|
| Plaintiff, | **Order Granting Stipulation to Vacate Revocation Hearing and Dismissing Petition and Addendum without Prejudice** |
| v. | |
| Cedric Taylor, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to vacate the continued revocation hearing and to dismiss the petition and addendum without prejudice.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 26, 2021, at 10:30 a.m. is vacated;

IT IS FURTHER ORDERED that the petition and addendum (ECF Nos. 49, 50) are dismissed without prejudice; and

Taylor is continued on supervision under all previously imposed conditions.

DATED: February 25th, 2021.

Andrew P. Gordon
United States District Judge

3